UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICIA WAYNE WILLIAMS

VERSUS

LOUISIANA STATE BOARD
OF ELEMENTARY AND
SECONDARY EDUCATION (BESE)

CIVIL ACTION

NO. 09-914-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 7, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Motion to Remand this case for lack of subject matter jurisdiction is denied. Further, the Court exercises its discretion under 28 U.S.C. § 1367(c)(3) to decline to exercise supplemental jurisdiction over the plaintiff's remaining state law claims and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, Baton Rouge, Louisiana.

Baton Rouge, Louisiana, February  //  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA