UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICIA WAYNE WILLIAMS

VERSUS

LOUISIANA STATE BOARD
OF ELEMENTARY AND
SECONDARY EDUCATION (BESE)

CIVIL ACTION

NO. 09-914-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Court exercises its discretion under 28 U.S.C. § 1367(c)(3) to decline to exercise supplemental jurisdiction over the plaintiff's remaining state law claims and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, Baton Rouge, Louisiana.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, February _17_, 2010.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC Certified